## Danilo A. DEL ROSARIO, Petitioner,

v.

## OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 04–3165.

United States Court of Appeals, Federal Circuit.

July 30, 2004.

Danilo Del Rosario, San Juan, San Narciso, Zambales, Philippines, pro se.

Timothy P. McIlmail, Principal Attorney, Washington, DC, Donald E. Kinner, Jill Gerstenfield, David M. Cohen, of Counsel, Washington, DC, for Respondents.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit

222

Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Lolita DAYAO, Petitioner,

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
Respondent.

No. 04–3188.

United States Court of Appeals, Federal Circuit.

July 30, 2004.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

for failure to prosecute in accordance with the rules.